IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDREW LOFTIS, § | |
| TDCJ #542783, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-06-2452 |
| § | |
| BRIAN SMITH, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted at this time. The dismissal is without prejudice to refiling once the plaintiff has exhausted his administrative remedies.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this order to the parties.

SIGNED at Houston, Texas, on **July 31, 2006.**

Nancy F. Atlas
United States District Judge